**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2124**

DEBORAH REYNOLDS,

　　　　　Plaintiff – Appellant,

　　　v.

SWIFT TRANSPORTATION COMPANY, INCORPORATED, a corporation;
JAMES H. SLAYTON,

　　　　　Defendants – Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.　Robert C. Chambers,
District Judge.　(3:07-cv-00457)

Submitted:　May 14, 2010　　　　　　　　Decided:　May 28, 2010

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Deborah Reynolds, Appellant Pro Se.　Mary H. Sanders, HUDDLESTON
& BOLEN, LLP, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Reynolds appeals the district court's order entering judgment for Defendants in accordance with the jury's verdict in Reynolds' negligence action. We have reviewed the record and the issues Reynolds raises on appeal and find no grounds for appellate relief. Accordingly, we affirm the district court's order. Reynolds v. Swift Transp. Co., Inc., No. 3:07-cv-00457 (S.D. W. Va. Sept. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED